IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
|       *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-1148 |
| | ) | |
| INDIGO PARTNERS, LLC, | ) | |
| FRONTIER GROUP HOLDINGS, INC., | ) | |
| FRONTIER AIRLINES HOLDINGS, INC., | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|       *Defendants*. | ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant FRONTIER AIRLINES, INC., in the above captioned action, certifies that Frontier Airlines, Inc. is a corporation. Frontier Airlines Holdings, Inc. owns more than 10% of Frontier Airlines, Inc. No publicly held corporation owns more than 10% of Frontier Airlines, Inc.'s common stock.

Date: September 6, 2018

                                            Respectfully Submitted,

                                            **COHEN SEGLIAS PALLAS**
                                            **GREENHALL & FURMAN, PC**

                                     By:    */s/ James McNally*
                                                  James McNally, Esquire
                                                  PA I.D. No. 78341
                                                  525 William Penn Place, Ste. 3005
                                                  Pittsburgh, PA 15219
                                                  jmcnally@cohenseglias.com
                                                  Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2018, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Pennsylvania, using the CM/ECF System and further certify that I caused a true and correct copy of this document to be served by first class mail, postage prepaid upon the following:

Kevin S. Burger
FRIDAY & COX, LLC
1405 McFarland Road
Pittsburgh, Pennsylvania 15216

**ATTORNEY FOR PLAINTIFF**

/s/ James McNally
James McNally, Esq.

5064618.1