IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANCEY D. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:18-cv-01148-MPK |
| INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC., FRONTIER AIRLINES HOLDINGS, INC. FRONTIER AIRLINES, INC., | ) Magistrate Judge Maureen P. Kelly ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL OF DEFENDANTS INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC. AND FRONTIER AIRLINES HOLDINGS, INC.**

Plaintiff YANCEY D. TAYLOR and Defendants FRONTIER AIRLINES, INC., INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC., and FRONTIER AIRLINES HOLDINGS, INC., through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby Stipulate to the Dismissal of Defendants INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC. and FRONTIER AIRLINES HOLDINGS, INC., and HEREBY AGREE AND STIPULATE THAT:

1. Defendant Frontier Airlines, Inc. operated Frontier Flight 1093 on December 5, 2016.

2. Defendant Frontier Airlines, Inc. employed all flight attendants onboard Frontier Flight 1093 on December 5, 2016.

3. Defendant Indigo Partners, LLC does not operate any commercial flights and did not operate Frontier Flight 1093 on December 5, 2016.

4. Defendant Frontier Group Holdings, Inc. does not operate any commercial flights and did not operate Frontier Flight 1093 on December 5, 2016.

5. Defendant Frontier Airlines Holdings, Inc. does not operate any commercial flights and did not operate Frontier Flight 1093 on December 5, 2016.

6. Defendants Indigo Partners, LLC, Frontier Group Holdings, Inc., and Frontier Airlines Holdings, Inc. had no involvement whatsoever in the incident alleged by Plaintiff in his Complaint. These Defendants are not properly joined parties to this action.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice. However, upon a showing of good cause, Plaintiff may, within one year or within the remaining period of limitation, whichever is greater, move to add Indigo Partners, LLC, Frontier Group Holdings, Inc., or Frontier Airlines Holdings, Inc. as a defendant to this action.

WHEREFORE, pursuant to this Stipulation of Dismissal, Plaintiff hereby dismisses Defendants Indigo Partners, LLC, Frontier Group Holdings, Inc., and Frontier Airlines Holdings, Inc. as defendants from this action.

| | |
|---|---|
| **YANCEY D. TAYLOR** | **FRONTIER AIRLINES, INC.**<br>**INDIGO PARTNERS, LLC**<br>**FRONTIER GROUP HOLDINGS, INC.**<br>**FRONTIER AIRLINES HOLDINGS, INC.** |
| By: /s/ *Kevin S. Burger*<br>*Attorney for Plaintiff* | |
| | By: /s/ James McNally<br>*One of the Attorneys for Defendants* |
| Kevin S. Burger<br>FRIDAY & COX LLC<br>1405 McFarland Road<br>Pittsburgh, Pennsylvania 15216<br>Phone: (412) 561-4290<br>Email: kburger@fridaylaw.com | James McNally<br>COHEN SEGLIAS PALLAS<br>GREENHALL & FURMAN<br>525 William Penn Place, Suite 3005<br>Pittsburgh, Pennsylvania<br>Phone: (412) 434-5530<br>Email: jmcnally@cohenseglias.com |
| Date: September 5, 2018 | Date: September 5, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Pennsylvania using the CM/ECF system.

Kevin S. Burger
FRIDAY & COX, LLC
1405 McFarland Road
Pittsburgh, Pennsylvania 15216
**ATTORNEY FOR PLAINTIFF**

By: ___/s/James McNally___
*One of the Attorneys for Defendants*
James McNally
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, P.C.
525 William Penn Place, Suite 3005
Pittsburgh, Pennsylvania
Phone: (412) 434-5530
Email: jmcnally@cohenseglias.com