IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Yancey D. Taylor )
       Plaintiff(s) )
       vs. )       Case No. 2:18-cv-01148
Frontier Airlines, Inc. )
       Defendant(s) )

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: Sept. 20, 2018

Signature: /s/ Kevin S. Burger

Print Name: Kevin S. Burger, Esq.

---

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____