**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 2:18-cv-01148-MPK |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: September 26, 2018                    **FRONTIER AIRLINES, INC.**

By:      /s/ James McNally
*One of the Attorneys for Defendant*
**FRONTIER AIRLINES, INC.**

James McNally
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN
525 William Penn Place, Suite 3005
Pittsburgh, Pennsylvania
Phone: (412) 434-5530
Email: jmcnally@cohenseglias.com
-AND-
Brian T. Maye (attorney admission pending)
Tara Shelke (attorney admission pending)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
       tshelke@amm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Pennsylvania using the CM/ECF system.

By: ___/s/James McNally_____
***One of the Attorneys for Defendant***
James McNally
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN
525 William Penn Place, Suite 3005
Pittsburgh, Pennsylvania
Phone: (412) 434-5530
Email: jmcnally@cohenseglias.com

5102449.1 55240-0001