IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 2:18-cv-01148-MPK |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | Chief Mag. Judge Maureen P. Kelly |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED]**
**CASE MANAGEMENT AND SCHEDULING ORDER**

This matter having come to be heard on the Fed. R. Civ. P. 26(f) report submitted by Plaintiff YANCEY D. TAYLOR ("Plaintiff") and Defendant FRONTIER AIRLINES, INC. ("Frontier"), the Court hereby enters the following Case Management and Scheduling Order:

1. The parties shall serve their Fed. R. Civ. P. 26(a) initial disclosure by: October 22, 2018;

2. Any additional parties shall be joined by: December 21, 2018;

3. Any amended pleadings shall be filed by: January 22, 2019;

4. All fact discovery shall be completed by: April 30, 2019;

5. The parties have elected to schedule the Post-Discovery Status Conference at the conclusion of Fact Discovery. The Post-Discovery Status Conference will be held on May / June _____, 2019 at _____ a.m./p.m.

Date: _____, 2018      _____
                                        MAGISTRATE JUDGE MAUREEN P. KELLY