UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YANCEY D. TAYLOR            )
                            )
_____         )
                            )
       Plaintiff(s),        )
          v.                )      Civil Action No. 2:18-cv-01148-MPK
FRONTIER AIRLINES, INC.     )
                            )
_____         )
       Defendant(s).        )

## AMENDED STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**

Select one of the following processes:

       _____ Mediation
       __X__ Early Neutral Evaluation (ENE)
       _____ Court sponsored Binding[1] Arbitration
       _____ Court sponsored Non-binding Arbitration
       _____ Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

   __50__ % by Plaintiff(s)
   __50__ % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral: Gary P. Caruso (Ret. Judge of the Court of Common Pleas)
Address of Neutral: 145 Woodlow Drive, Belle Vernon, Pennsylvania 15012
Telephone & FAX Numbers: Phone: (724) 244-7722; Fax: (412) 202-4118
Email address of Neutral: gary_caruso@icloud.com
**Date of ADR Session:** per the Court's 10/5/18 order, the Court will discuss timing at the initial CMC

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel,** in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s) Kevin S. Burger        Yancey D. Taylor
                                         Name and title

For Defendant(s) See additional sheet    See additional sheet
                                         Name and title

For 3rd party Deft(s) _____    _____
                                         Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 10/4/18        /s/ Kevin S. Burger
                      Attorney for Plaintiff(s)

Dated: 10/04/2018     /s/ James McNally
                      Attorney for Defendant(s)

Rev. 2/2014

## ADDITIONAL SHEET

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, in addition to counsel, in accordance with Section 2.7 (Attendance at Session) of the Court's ADR Policies and Procedures:

For Plaintiff(s) <u>Kevin S. Burger</u>          <u>Yancey D. Taylor</u>
                                                Name and title


For Defendant(s)    <u>James McNally,</u>       <u>Counsel for Frontier represents that a</u>
                    <u>Tara Shelke,</u>         <u>representative with full settlement authority</u>
                    <u>Brian T. Maye</u>        <u>will attend the Early Neutral Evaluation</u>


For 3rd party Deft(s) _____          _____
                                                Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**