IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-1148 |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC, FRONTIER AIRLINES HOLDINGS, INC and FRONTIER AIRLINES, INC, | ) | |
| | ) | |
| Defendants. | ) | |

## HEARING MEMO

HEARING HELD:  Initial Case Management Conference
DATE HEARING HELD: October 9, 2018
BEFORE: Chief Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                                Appearing for Defendant:
Kevin S. Burger, Esquire                            James McNally, Esquire

Hearing began at 2:50 p.m.                        Hearing concluded at 3:22 p.m.

Stenographer:  None

OUTCOME:

1. Reviewed background facts, claims and defenses.  Additional information provided, including as to current medical conditions.

2. Discussed anticipated discovery. Counsel will file joint proposed protective orders as needed.

3. Addressed anticipated case management deadlines.  A separate scheduling order will be issued.

4. Parties have agreed to ADR in the form of ENE.  An ADR referral order will be entered.

5. Counsel will file a joint motion to extend to complete ADR by 10/16/18.

6. Allianz claims representative must attend the ENE in person with full authority.