IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-1148 |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| INDIGO PARTNERS, LLC, FRONTIER GROUP HOLDINGS, INC, FRONTIER AIRLINES HOLDINGS, INC and FRONTIER AIRLINES, INC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

AND NOW, this 9th day October, 2018, after due consideration of the issues and in consultation with the parties, the Court finds that this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED**:

(a) Referral to ADR: This case is referred to:    ENE           .
Hon. Gary Caruso    is appointed to serve as the evaluator.  Unless otherwise ordered by the Court, Plaintiff(s) shall pay one-half of the compensation and costs of the neutral/mediator and Defendant(s) shall pay one-half of the compensation and costs of the neutral/mediator. Compensation shall be paid directly to the neutral upon the conclusion of the ADR process. Failure to pay the neutral shall be brought to the attention of the Court.

(b) Conduct of ADR Conference(s): The ADR conference(s) shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

(c) <u>Scheduling ADR Conference(s)</u>: The ADR conference(s) shall be concluded before   12/9/18   unless extended by order of the Court.  The ADR conferences may be conducted at any location agreed to by the parties, counsel, and the assigned neutral.

(d) <u>Designation of Lead Counsel</u>:  Attorney   Tara Shelker   is designated as lead counsel and shall be responsible for working with the parties and the neutral to coordinate an agreeable date, time and location for the initial ADR conference.

(e) Responsibilities of Lead Counsel: Not later than   10/16/18  , lead counsel shall file with the Court a notice of the date, time and location of the initial ADR Conference.

**If the parties are utilizing a private process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures.  When private processes are used, it is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**The parties are hereby notified that any individual neutral (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed upon neutral and refer them to the Court's website at www.pawd.uscourts.gov for user registration forms.  Counsel shall confirm to the Court that the selected neutral has completed the process.**

**Nothing in this order alters the Case Management Order previously entered in this case.  All deadlines set forth in that Case Management Order remain in full force and effect.**

BY THE COURT:

s/   Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE