IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANCEY D. TAYLOR, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 2:18-cv-01148-MPK |
| FRONTIER AIRLINES, INC., | ) Mag. Judge Maureen P. Kelly |
| *Defendant*. | ) |

### ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND TIME TO COMPLETE ADR

This matter having come to be heard on the Joint Motion of Plaintiff YANCEY D. TAYLOR and Defendant FRONTIER AIRLINES, INC. to Extend Time to Complete ADR, due notice having been given and the Court being fully informed in the premises,

IT IS HEREBY ORDERED:

1. The parties' Joint Motion to Extend Time to Complete ADR is granted;

2. The parties shall complete Early Neutral Evaluation with Judge Gary Caruso (Ret.) by January 15, 2019.

Date: October 17, 2018

MAGISTRATE JUDGE MAUREEN P. KELLY