IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANCEY D. TAYLOR, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 2:18-cv-01148-MPK |
| ) | |
| FRONTIER AIRLINES, INC., ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| *Defendant*. ) | |

**[PROPOSED]**
**ORDER GRANTING SECOND JOINT MOTION TO**
**EXTEND TIME TO COMPLETE ADR**

This matter having come to be heard on Plaintiff Yancey D. Taylor and Defendant Frontier Airlines, Inc.'s Second Joint Motion to Extend Time to Complete ADR, due notice having been given and the Court being fully informed in the premises,

IT IS HEREBY ORDERED:

1. The Court finds good cause and grants the parties' Second Joint Motion to Extend Time to Complete ADR;

2. The parties shall complete Early Neutral Evaluation ("ENE") with Judge Gary Caruso (Ret.) by **February 13, 2019**.


Date: _____, 2019

_____
MAGISTRATE JUDGE MAUREEN P. KELLY