IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YANCEY D. TAYLOR              )
                                                                  )
            Plaintiff(s)          )
    v.                               )    Civil Action No.  2:18-cv-01148-MPK
INDIGO PARTNERS, LLC;    )
FRONTIER GROUP HOLDINGS, INC;  )
FRONTIER AIRLINES HOLDINGS, INC;  )
FRONTIER AIRLINES, INC      )
            Defendant(s)     )

## REPORT OF NEUTRAL

A __ENE_____ session was held in the above captioned matter on __2/13/19_____.

The case (please check one):
    __X____ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: 2/14/19 _____    /s/ HON. GARY P. CARUSO (RET.)_____
                                                        Signature of Neutral