UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCEY D. TAYLOR, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:18-cv-01148-MPK |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| *Defendant*. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY agreed and stipulated by and between the parties, Plaintiff YANCEY D. TAYLOR and Defendant FRONTIER AIRLINES, INC., that Plaintiff's Complaint against Defendant is dismissed with prejudice, with each party to bear the party's own attorneys' fees and costs.

Date: June 24, 2019                                                  Respectfully submitted,

**YANCEY D. TAYLOR**                                **FRONTIER AIRLINES, INC.**


By:  */s/ Kevin S. Burger*                              By:  */s/ Tara Shelke*
 *Attorney for Plaintiff*                                      *One of the Attorneys for Defendant*

Kevin S. Burger                                              Brian T. Maye
FRIDAY & COX LLC                                        Tara Shelke
1405 McFarland Road                                  ADLER MURPHY & McQUILLEN LLP
Pittsburgh, Pennsylvania 15216                  20 South Clark Street, Suite 2500
Phone: (412) 561-4290                                Chicago, Illinois 60603
Email: kburger@fridaylaw.com                   Phone: (312) 345-0700
                                                                       Email: bmaye@amm-law.com
                                                                        tshelke@amm-law.com

                                                                       -AND-

                                                                       James McNally
                                                                       COHEN SEGLIAS PALLAS
                                                                       GREENHALL & FURMAN
                                                                       525 William Penn Place, Suite 3005

        Pittsburgh, Pennsylvania
        Phone: (412) 434-5530
        Email: jmcnally@cohenseglias.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Pennsylvania using the CM/ECF system.

By:    */s/ Tara Shelke*
***One of the Attorneys for Defendant***
Tara Shelke
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: tshelke@amm-law.com