UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANCEY D. TAYLOR, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No.: 2:18-cv-01148-MPK |
| FRONTIER AIRLINES, INC., | ) Magistrate Judge Maureen P. Kelly |
|     *Defendant*. | ) |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY agreed and stipulated by and between the parties, Plaintiff YANCEY D. TAYLOR and Defendant FRONTIER AIRLINES, INC., that Plaintiff's Complaint against Defendant is dismissed with prejudice, with each party to bear the party's own attorneys' fees and costs.

Date: June 24, 2019                                                                 Respectfully submitted,

**YANCEY D. TAYLOR**                                                       **FRONTIER AIRLINES, INC.**

By: */s/ Kevin S. Burger*                                                        By: */s/ Tara Shelke*
*Attorney for Plaintiff*                                                           *One of the Attorneys for Defendant*

Kevin S. Burger                                                                       Brian T. Maye
FRIDAY & COX LLC                                                              Tara Shelke
1405 McFarland Road                                                           ADLER MURPHY & McQUILLEN LLP
Pittsburgh, Pennsylvania 15216                                            20 South Clark Street, Suite 2500
Phone: (412) 561-4290                                                          Chicago, Illinois 60603
Email: kburger@fridaylaw.com                                             Phone: (312) 345-0700
                                                                                                Email: bmaye@amm-law.com
                                                                                                tshelke@amm-law.com

AND NOW, this __25th__ day of __June__, 20__19__,
IT IS SO ORDERED.                                                              -AND-

_/s/ Maureen P. Kelly_                                                             James McNally
UNITED STATES MAGISTRATE JUDGE                              COHEN SEGLIAS PALLAS
                                                                                                GREENHALL & FURMAN
                                                                                                525 William Penn Place, Suite 3005